# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In Re: Heartwise, Inc.

PLAINTIFF(S)

v.

DEFENDANT(S).

**CASE NUMBER:**

8:22-cv-00997-AB

**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 3/30/2023 | 30, 32 & 34 | Motions |

**IT IS HEREBY ORDERED:**

[✓] The document is stricken
[ ] The hearing date has been rescheduled to _____ at _____.
[ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
[ ] Other:

Dated: 3/30/2023

By: /s/ Andre Birotte Jr.
U.S. District Judge / U.S. Magistrate Judge

G-112B (08/22)   ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT