Name: Osman Khan

Address: 524 Princeton Kingston Rd.

Princeton, NJ 08540

Phone Number: 801-885-7761

Email Address: ozzy.khan.247@gmail.com

*Pro Se*

```
FILED
CLERK, U.S. DISTRICT COURT

08-29-2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ts _____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: Heartwise, Inc., Debtor.
————————————————————

Osman Khan, Plaintiff-Appellant,

**PLAINTIFF(S)**

v.

Earnesty, LLC.; Robinson Pharma, Inc.;
Alpha Health Research; Tuong Nguyen,
Defendant-Appellees.

**DEFENDANT(S)**

CASE NUMBER

8:22-cv-00997-WDK

**APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING**

As the ☒ Plaintiff  ☐ Defendant   in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case.  I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:

   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: August 29, 2023

Signature: _____

CV-005 (02/20)         APPLICATION FOR PERMISSION FOR ELECTRONIC FILING