Anthony R. Bisconti, State Bar No. 269230
tbisconti@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

Attorneys for Appellees Earnesty LLC, Robinson Pharma Inc., Alpha Health Research, and Tuong Nguyen

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HEARTWISE, INC.,<br><br>           Debtor.<br><br>DAVIDPAUL DOYLE,<br><br>           Appellant,<br><br>     v.<br><br>EARNESTY, LLC, *et* al,<br><br>           Appellees. | Bankr. Case No.: 8:20-bk-13335-SC<br><br>Adv. Case No.: 8:21-ap-01019-SC<br><br>USDC Case No.: 8:22-cv-00997-WDK<br><br>[~~PROPOSED~~] ORDER CONCERNING COURT'S SEPTEMBER 7, 2022 ORDER STAYING APPEAL |

The Court, having reviewed and considered *Appellees' Statement of Position Concerning Impact of Ruling in Case No. 8:21-cv-01961-AB on the Present Appeal Pursuant to the Court's September 7, 2022 Order [Dkt. No. 28]* (the "Statement") filed on August 23, 2023, the evidence submitted in support of the Statement, the record in this case, and all matters of which the Court may take judicial notice, and finding good cause, orders as follows:

1. The stay of this appeal, pursuant to the Court's order entered September 7, 2022, is lifted.

2. Within ~~sixty (60)~~ Fourteen (14) days of entry of this Order, Appellant Osman Khan is required to show cause in writing why this appeal should not be dismissed. Appellees shall have ~~7~~ Fourteen (14) days to file any response to Mr. Khan's submission.

IT IS SO ORDERED

DATED: October 26, 2023      BY: _____
                                 Hon. William D. Keller
                                 United States District Judge